No. 2. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BANDINI PETROLEUM Co.; and

No. 3. SAME *v.* WILSHIRE ANNEX OIL Co.

November 6, 1939. Judgments reversed, per stipulation of counsel to abide the decision in *Helvering, Commissioner of Internal Revenue,* v. *Wilshire Oil Co., ante,* p. 90. *Solicitor General Jackson* for petitioner. *Mr. Joseph D. Brady* for respondents. Reported below: 95 F. 2d 971.

No. 31. TEXAS ELECTRIC RAILWAY Co. *v.* EASTUS, UNITED STATES ATTORNEY, ET AL.

Argued October 20, 1939. Decided November 6, 1939. *Per Curiam:* The judgment is affirmed. *Shields* v. *Utah Idaho Central R. Co.,* 305 U. S. 177; *Interstate Commerce Comm'n* v. *Union Pacific R. Co.,* 222 U. S. 541, 547–548; *Los Angeles Switching Case,* 234 U. S. 294, 311–312; *United States* v. *American Tin Plate Co.,* 301 U. S. 402, 411. *Messrs. J. M. Burford* and *Robert E. Quirk,* with whom *Mr. C. D. Cass* was on the brief, for appellant. *Mr. Robert L. Stern,* with whom *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. Daniel W. Knowlton* and *Nelson Thomas* were on the brief, for appellees.